IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00747-PSF-CBS

JAMES D. WEBBER, and
CANDACE PALMER,
Individually and as Natural Parents and Next Friends of
KALIEB PALMER,

    Plaintiff,

v.

MESA COUNTY,
d/b/a DEPARTMENT OF HUMAN SERVICES;
DEBRA MAPP,
Caseworker;
MARIE REIGAN,
Foster Parent; and
ROBERT REIGAN,
Foster Parent,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Motion for Protective Order (*doc. no. 34)* is **GRANTED**.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    August 24, 2006