IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00747-PSF-CBS

JAMES D. WEBBER; and
CANDACE PALMER, Individually and as Natural Parents and Next Friends of
KALIEB PALMER,

    Plaintiff,

v.

MESA COUNTY, d/b/a DEPARTMENT OF HUMAN SERVICES;
DEBRA MAPP, Caseworker;
MARIE REIGAN, Foster Parent; and
ROBERT REIGAN, Foster Parent,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulation for Dismissal With Prejudice (Dkt. # 52), hereby approves the stipulation and

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to bear his, her or its own costs and attorney's fees.

DATED: October 30, 2006

            BY THE COURT:

            *s/ Phillip S. Figa*
            _____
            Phillip S. Figa
            United States District Judge